ORDER:
Motion granted.
Hearing is RESCHEDULED to March 18, 2013, at 1:30 p.m.

John Bryant, USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-MJ-1033 |
| | ) | Judge Bryant |
| BRIAN SCOTT BOTTOMS | ) | |
| Defendant. | ) | |

### MOTION TO RESCHEDULE HEARING TO NEXT AVAILABLE DATE

Comes now the Defendant, Brian Scott Bottoms, by and through counsel and moves this Court to reschedule the hearing on Defendant's Motion to Dismiss, or alternatively, to Modify Conditions of Release, presently set for March 14, 2013 at 10:30 a.m., to the next available date. (Doc. 77, 78).

For cause, the Defendant would show that Court that his attorney is scheduled to be at a parole hearing at the Morgan County Correctional Complex in Wartburg, Tennessee on March 14, 2013 at 8:30 a.m. in the case of Jack Atkins, Reg. No. 101342.

WHEREFORE, Defendant requests that the hearing be set at the next available date.

Respectfully submitted

s/ Thomas F. Bloom
Thomas F. Bloom
BPR 11950
011 Marengo Lane
Nashville, Tennessee 37204
(615) 260-5952

### CERTIFICATE OF SERVICE
I hereby certify that I have provided a true and exact copy of the foregoing to all interested parties via the ECF system on this 10th day of March, 2013.

s/ Thomas F. Bloom